

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
NOVEMBER 19, 2024 SESSION



UNITED STATES OF AMERICA

v.	CRIMINAL NO. 2:24-cr-00191
	18 U.S.C. § 922(g)(1)
	18 U.S.C. § 924(a)(8)

CHRISTOPHER TRENT SAUNDERS

# INDICTMENT

The Grand Jury Charges:

1. On or about October 6, 2023, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTOPHER TRENT SAUNDERS did knowingly possess a firearm, that is, a Hi-Point, model CF380, .380 ACP semi-automatic pistol, in and affecting interstate commerce.

2. At the time defendant CHRISTOPHER TRENT SAUNDERS possessed the aforesaid firearm, he knew he had been convicted of the following crimes, each of which were punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is:

   a.) Convicted on or about December 21, 2012, in the Circuit Court of Wood County, West Virginia, case number 12-F-170, of Malicious Assault in violation of W. Va. Code § 61-2-9, and

b.) Convicted on or about April 10, 2019, in the United States District Court for the Southern District of West Virginia, case number 2:18-cr-00166, of Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) & 924(a)(2).

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

                              WILLIAM S. THOMPSON
                              United States Attorney

By: _____
     JEREMY B. WOLFE
     Assistant United States Attorney